## MARTIN v. VANDERHOOF.

### No. 9745; June 17, 1885.

7 Pac. 307.

**New Trial.**—A Statement on Motion for a New Trial, if neither signed nor certified by the judge of the court below, will, on appeal, be stricken out.

APPEAL from the Superior Court of Sonoma County.

Hearing on a motion to dismiss the appeal, and also to strike out the so-called statement, on motion for a new trial, on the ground that it was not certified by the judge of the court below, as required by statute: Code Civ. Proc., sec. 659.

D. C. Allen and W. W. Porter for appellant; A. B. Ware for respondent.

By the COURT.—The motion to strike out the so-called statement on motion for a new trial is granted. The motion to dismiss the appeal is denied.